In the Matter of GEORGE W. WELECK, an attorney at law.

Argued March 27, 1950.

For the rule: *Mr. William H. Wurts.*

For the respondent: *Mr. John E. Selser.*

Respondent ordered suspended from the practice of law for a period of three months and until the further order of the Court, April 10, 1950.

In the Matter of MICHAEL S. PRECKER, an attorney and counsellor at law.

Argued April 10, 1950.

For the rule: *Mr. Frederick C. Vonhof.*

For the respondent: *Miss Jennie E. Precker.*

Name of respondent ordered stricken from the roll of attorneys and counsellors, May 1, 1950.